# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>VICTOR GUADALUPE CANTERO (2),<br><br>　　　　　　　　Defendant. | Case No. 17cr2785-MMA<br><br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐　the Court has dismissed the case for unnecessary delay; or

☒　the Court has granted the motion of the Government for dismissal, without prejudice; or

☐　the Court has granted the motion of the defendant for a judgment of acquittal; or

☐　a jury has been waived, and the Court has found the defendant not guilty; or

☐　the jury has returned its verdict, finding the defendant not guilty;

☒　of the offense(s) as charged in the Information:
8:1324(a)(1)(A)(ii), (v)(II), (a)(1)(B)(i)

FILED
SEP 27 2017
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY　KMC　DEPUTY

Dated: 9/21/2017

Hon. Nita L. Stormes
United States Magistrate Judge